# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: __United States__ vs. __Tommy T. Collins__

District Court Case Number: __19-CR-76__

Appeal Fee (505.00) Status: Pd ____ IFP ✓ Pending ____ Government Appeal ____

Counsel: Appointed ✓ CJA ____ Retained ____ Pro Se ____ Pro Bono ____ FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel ✓ Pro Se ____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied ____ Granted ____ Not Issue ✓

Pending post Judgment motions: Yes ____ No ✓

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes ____ No ✓

Simultaneous Opinion release Requested: Yes ____ No ✓

Trial Held: Bench ____ Jury ____ No ✓

Court Reporter: Yes ✓ No ____

Reporter's Name: __Chelsey Wheeler__

Appealing: Order prior to final judgment ____ or final judgment ✓

***File this form with the Notice of Appeal***